**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

HIREN PATEL,

                Plaintiff,

    v.

SHARON K. SMITH and NICOLE
JOHNSON,

                Defendants.

Civil Action

No.  11-6650

## ORDER

    **AND NOW**, this     day of July, 2012, upon consideration of Plaintiff's Motion for

Remand (Doc. No. 2), and the responses thereto, it is hereby **ORDERED** that:

    1.    Plaintiff's Motion is **GRANTED**, such that this case is **REMANDED** to the

        Court of Common Pleas of Bucks County, Pennsylvania.  The Clerk of Court

        shall mail a certified copy of this Order of remand to the Clerk for the Court of

        Common Pleas, Bucks County.

    2.    Each party will bear its own costs and expenses.  See 28 U.S.C. § 1447(c)

        (providing that the court "may" award costs and expenses in connection with

        a remand order).

    3.    The Clerk of Court is directed to mark this case **CLOSED** for statistical purposes.

                                   **BY THE COURT:**
                                   **/s/ Mitchell S. Goldberg**

                                   **Mitchell S. Goldberg, J.**